

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-08-00450-CV

ARLINGTON MEMORIAL
HOSPITAL
APPELLANT

V.

PATRICIA HARRIS, INDIVIDUALLY
AND AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF HARVEY HARRIS,
DECEASED
APPELLEE

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

AND

### NO. 02-09-00008-CV

IN RE ARLINGTON MEMORIAL
HOSPITAL
RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

---

[1] *See* Tex. R. App. P. 47.4.

------------

On May 22, 2009, Arlington Memorial filed its "Notice of Entry of Order" in this court, to which it attached the "Order Granting Defendant Arlington Memorial Hospital's Objections to Plaintiffs' Amended Expert Report, Motion to Dismiss and For Attorney Fees and Costs" signed by the trial court on May 14, 2009.  Because the trial court's May 14, 2009 order grants all of the relief sought by Arlington Memorial, we dismiss this appeal and petition for writ of mandamus as moot.[2]

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and MCCOY, JJ.

DELIVERED:  July 20, 2009

---

[2] *See* Tex. R. App. P. 43.2(f).

2